=FILED=

NOV 08 2017

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CAUSE NO: |
| v. | ) | |
| | ) | 18 U.S.C. §§ 844, 924, 876 and 1716 |
| ERIC KRIEG | ) | 26 U.S.C. § 5861(f) |

## INDICTMENT     2:17cr146

THE GRAND JURY CHARGES:

### BACKGROUND

At times material to the Indictment:

1. Eric Krieg was a resident of Munster, Indiana. From at least 2012 through August 2017, Krieg engaged in a series of online postings and communications concerning other residents of Northwest Indiana. Krieg made these statements in multiple online forums, including a webpage "blog" format that he controlled and administered.

2. Victim 1 was an attorney who represented an individual in a lawsuit against Krieg. This lawsuit was filed in the Lake County, Indiana Superior Court in 2013 based upon statements Krieg made on his blog. After the filing of the lawsuit, Krieg filed bankruptcy in the United States Bankruptcy Court, Northern District of Indiana. Through filings made in the Bankruptcy Court, Victim 1 claimed the lawsuit could not be discharged in bankruptcy. Krieg and Victim 1's client agreed to settle the lawsuit. The

1

settlement required Krieg to pay the client $45,000 and post an apology on Krieg's blog. In fact, Krieg paid $45,000 and made an online apology.

3. Victim 2 worked at the United States Post Office, 901 East Chicago Avenue, East Chicago, Indiana on or about September 6, 2017.

4. Victim 3 was a resident of Northwest Indiana who engaged in online communications with Krieg.

5. Krieg was upset with, and held grudges against, both Victim 1 and Victim 3.

## COUNT 1
(Making an Unregistered Destructive Device)

6. Beginning no later than late August 2017 and through on or about September 6, 2017, in the Northern District of Indiana, the defendant,

**ERIC KRIEG**,

knowingly made a destructive device, namely, a pipe bomb, not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5861(f) and 5845(a) and (f).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
(Mailing a Destructive Device)

1. Paragraphs 1-3 and 5 of Count 1 of this Indictment are re-alleged and incorporated here.

2. On or about September 6, 2017, in the Northern District of Indiana, the defendant,

**ERIC KRIEG**,

knowingly deposited for mailing at a United States Post Office a package addressed to Victim 1, containing a nonmailable matter (explosives, namely, a pipe bomb), with intent to kill and injure Victim 1 and with intent to injure the mails and other property.

All in violation of Title 18, United States Code, Section 1716(j)(2).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
(Malicious Use of Explosive Materials)

1. Paragraphs 1-3 and 5 of Count 1 of this Indictment are re-alleged and incorporated here.

2. On or about September 6, 2017, in the Northern District of Indiana, the defendant,

**ERIC KRIEG**,

maliciously damaged and destroyed by means of explosive materials the United States Post Office at 901 East Chicago Avenue, East Chicago, Indiana, which was used in interstate commerce, with personal injury resulting to Victim 2.

All in violation of Title 18, United States Code, Section 844(i).

THE GRAND JURY FURTHER CHARGES:

## COUNT 4
(Possessing a Destructive Device In Furtherance of a Crime of Violence)

1. Paragraphs 1-3 and 5 of Count 1 of this Indictment are re-alleged and incorporated here.

2. On or about September 6, 2017, in the Northern District of Indiana, the defendant,

**ERIC KRIEG**,

knowingly possessed a destructive device in furtherance of a crime of violence for which he may be prosecuted in a Court of the United States including the charges in Count 2 and Count 3.

All in violation of Title 18, United States Code, Section 924(c)(1)(A) and (B)(ii).

THE GRAND JURY FURTHER CHARGES:

## COUNT 5
(Mailing a Threatening Communication)

1. Paragraphs 1, 4 and 5 of Count 1 of this Indictment are re-alleged and incorporated here.

2. On or about September 29, 2017, in the Northern District of Indiana, the defendant,

**ERIC KRIEG,**

knowingly and willfully deposited in an authorized depository for mail matter, to be sent and delivered by the Postal Service, a communication addressed to Victim 3, and containing a threat to injure Victim 3.

All in violation of Title 18, United States Code, Section 876(c).

A TRUE BILL:

*/s/ Foreperson*
FOREPERSON

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY

By: */s/ Jennifer Chang*           */s/ Joshua P. Kolar*
Jennifer Chang                      Joshua P. Kolar
Assistant United States Attorney    Assistant United States Attorney