UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No. 2:17-CR-146 |
| | ) | |
| ERIC KRIEG | ) | |

**JOINT MOTION FOR ENTRY OF DISCOVERY PROTECTIVE ORDER**

The United States of America, by Assistant United States Attorney Joshua Kolar, and Defendant Eric Krieg, by his attorney Kevin Milner, submit this motion for entry of a Discovery Protective Order, and state the following:

1. Defendant Kevin Milner has been charged in a five-count Indictment with making an unregistered destructive device in violation of Title 26, United States Code, Sections 5851 and 5845, mailing a destructive device, in violation of Title 18, United States Code, Section 1716, malicious use of explosive materials, in violation of Title 18, United States Code, Section 844, possessing a destructive device in furtherance of a crime of violence, in violation of Title 18, United States Code, Section 924(c), and mailing a threatening communication, in violation of Title 18, United States Code, Section 876.

2. Pursuant to its discovery obligations under Federal Rule of

1

Criminal Procedure 16, the government has previously made available to defense counsel for inspection certain discovery materials and will continue to do so. Dissemination of these materials without a protective order will jeopardize the safety, dignity and privacy of the victims in this case, as well as multiple potential witnesses.

3. Therefore, the government respectfully requests that the Court approve the attached proposed Discovery Protective Order. Under the proposed Order, Defendant's counsel may not disseminate discovery items, which contain recordings, including audio/video recordings of statements and/or videos or photographs of evidence, reports from law enforcement agencies, documents obtained from third parties, medical records, and other material (hereinafter "covered material") to anyone other than counsel and members of the Defendant's litigation and investigative team. Defense counsel and the Defendant's litigation team may show and display covered material as such to the Defendant, but may not provide a copy of such materials to the Defendant or third parties to keep and maintain in their possession.

4. The government further requests that any covered materials subject to the Protective Order that are filed with the Court in connection with pre-trial motions, trial, sentencing, or other matter before this Court,

shall be filed under seal and shall remain sealed until otherwise ordered by this Court. This does not entitle either party to seal their filings as a matter of course. The parties are required to comply in all respects to the relevant local and federal rules of criminal procedure pertaining to the sealing of court documents.

5. This Motion and the proposed Protective Order, attached as Exhibit A, are submitted for the purpose of insuring that victim-sensitive or other information contained in discovery materials are not disseminated to third parties. An MS Word version of the proposed Protective Order will be sent to the Court's chambers.

WHEREFORE, the United States and Defendant Eric Krieg request this Court to authorize the proposed Discovery Protective Order.

Respectfully submitted,

/s/*Joshua Kolar*
Joshua Kolar
Assistant United States Attorney
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320
(219) 937-5500

*Counsel for the Government*

3