UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cause No. 2:17 CR 00146 |
| ) | |
| ERIC KRIEG ) | |

**DEFENDANT'S MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE AND TRIAL**

Comes now the defendant, Eric Krieg, by his attorney, Kevin Milner, and hereby moves this Honorable Court to continue the final pretrial conference and trial. In support of the motion, the defendant states as follows:

1. This matter is presently scheduled for final pretrial conference on October 19, 2018 and trial on November 5, 2018. Defense counsel has been working diligently but additional time is needed to adequately prepare. In this regard, thirty to sixty (30-60) days will suffice.

2. Defense counsel has advised the defendant that the delay in proceeding to trial occasioned by a continuance is excludable for purposes of the Speedy Trial Act. The defendant has advised defense counsel that he understands the foregoing and agrees to the continuance.

3. The government has advised that it has no objection to the motion.

4. The defendant asks that the Court find, pursuant to 18 U.S.C. 3161(h)(8)(A) and 3161(h)(8)(B)(iv), that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence. The defendant further asks that the period of delay resulting from the continuance be excluded under the terms of the Speedy Trial Act.

WHEREFORE, for the foregoing reasons, the defendant respectfully requests that this Honorable Court continue the trial and reset the final pretrial conference to a date convenient to the Court.

        Respectfully Submitted,

        /s/ Kevin Milner

        _____

        Kevin Milner

**Kevin Milner**
**1201 N. Main Street**
**Suite A**
**Crown Point, IN 46307**
**(219)406-0556**

## CERTIFICATE OF SERVICE

  I, Kevin Milner, hereby certify that I did serve a copy of this pleading upon the United States Attorney's Office, 5400 Federal Plaza, Suite 1500, Hammond, IN 46320 by electronically filing the same with the Clerk of the Court for the Northern District of Indiana, Hammond Division, on the 1st day of October, 2018.

        **/s/ Kevin Milner_____**
        **Kevin Milner**
        **1201 N. Main Street, Suite A**
        **Crown Point, IN 46307**
        **(219)406-0556**