UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:17-CR-146-JVB-JEM |
| | ) | |
| ERIC KRIEG, | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on Defendant's Motion to Continue Final Pretrial Conference and Trial [DE 26], filed October 1, 2018. Defendant Eric Krieg requests a continuance of trial to allow more time for trial preparation. Counsel for Defendant represents that Defendant Krieg has been advised and agrees that the delay in proceeding to trial occasioned by this continuance is excludable for purposes of the Speedy Trial Act, and further represents that the Government does not object to the requested continuance.

Finding that the ends of justice served by granting such a continuance outweigh the best interest of the public and Defendant in a speedy trial, in that a failure to grant such a continuance would unreasonably deny Defendant the reasonable assistance of counsel and time necessary for effective preparation for trial, and taking into account the exercise of due diligence, the Court hereby **GRANTS** Defendant's Motion to Continue Final Pretrial Conference and Trial [DE 26].

The period of delay resulting from this continuance is to be excluded under the terms of the Speedy Trial Act and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(i) and (iv).

The Court **VACATES** the current final pre-trial conference and jury trial settings. The Court **SETS** the Final Pretrial Conference for **May 17, 2019, at 9:30 a.m.**, before Magistrate Judge John

E. Martin; and the Jury Trial as a primary criminal setting for **June 3, 2019, at 12:30 p.m.**, before District Court Judge Joseph S. Van Bokkelen.

Trial counsel are **ORDERED** to submit all pre-trial filings on or before the Final Pre-Trial Conference and to appear <u>in person</u> for the Final Pre-Trial Conference.

The Court **REMINDS** the parties that any plea agreement is to be filed in writing with the District Court no later than five (5) working days before trial.  Late pleas may result in the imposition of jury costs against the delaying party(ies) and/or counsel by the District Court.

SO ORDERED this 16th day of October, 2018.

                                                                            s/ John E. Martin
                                                                            MAGISTRATE JUDGE JOHN E. MARTIN
                                                                            UNITED STATES DISTRICT COURT

cc:    All counsel of record