# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

September 17, 2020

Before

ILANA DIAMOND ROVNER, *Circuit Judge*
DIANE P. WOOD, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*

| No. 20-2542 | ERIC KRIEG,<br>Petitioner - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent - Appellee |
|---|---|
| **Originating Case Information:** | |
| District Court Nos: 2:19-cv-00273-JVB & 2:17-cr-00146-JVB-JEM-1<br>Northern District of Indiana, Hammond Division<br>District Judge Joseph S. Van Bokkelen | |

Upon consideration of the **MOTION TO APPEAL DENIAL OF BAIL PENDING 2255 APPEAL**, filed on September 15, 2020, by pro se Appellant Eric Krieg,

**IT IS ORDERED** that the motion is **DENIED**. The appellant has not met the very high standard applicable to motions for bond pending post-conviction proceedings. *See Cherek v. United States*, 767 F.3d 335, 337 (7th Cir. 1985). Because this is an appeal from a decision denying release pending the resolution of a motion to vacate a conviction filed in the district court, this order resolves the appeal. *See* Fed. R. App. P. 9; Cir. R. 9.

form name: **c7_Order_3J**(form ID: **177**)

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

November 9, 2020

To:     Robert N. Trgovich
        UNITED STATES DISTRICT COURT
        Northern District of Indiana
        Hammond , IN 46320-0000

| No. 20-2542 | ERIC KRIEG,<br> Petitioner - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:19-cv-00273-JVB<br>Northern District of Indiana, Hammond Division<br>District Judge Joseph S. Van Bokkelen ||
| **Originating Case Information:** ||
| District Court No: 2:17-cr-00146-JVB-JEM-1<br>Northern District of Indiana, Hammond Division<br>District Judge Joseph S. Van Bokkelen ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:           No record to be returned

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                                   **Received by:**

_____                         _____

form name: **c7_Mandate**(form ID: **135**)